PAULINE GRUZENSKIE, Respondent, v. GEORGE CRAVERO and Others, Defendants; TERESA CASSONE, Appellant.— In an action on a promissory note, order of the County Court of Westchester County denying defendant Cassone's motion to dismiss the complaint for failure of the plaintiff to prosecute the action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

PHILIP HAMWI and MARY HAMWI, Respondents, v. SAYDAH & SAYDAH, INC., a Domestic Corporation, KHALIE W. SAYDAH and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of SAYDAH IMPORTING Co., Appellants.— Order granting the defendants' motion to dismiss for failure to prosecute unless the plaintiffs, within two days of the service of a copy of the order and notice of entry, notice the case for trial and proceed therewith when the case is reached, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

LOUISE MATTHEWS HOLDER, as Executrix, etc., of JOHN HOLDER, Deceased, Substituted as Party Plaintiff Instead and Place of Said JOHN HOLDER, Appellant, v. LOUISE WRANEK, Respondent.— In an action brought to compel the defendant to assign to the plaintiff two bonds and mortgages and to recover a sum of money claimed to have been delivered to the defendant for the use and benefit of the plaintiff's testator, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

IRVING TRUST COMPANY, as Trustee under an Order of the United States District Court, Southern District of New York, Dated May 9, 1935, in the Action of FELIX ROSENBAUM against HARRY COOPER, as Conservator of the Harriman National Bank and Trust Company of the City of New York, and the United Thrift Plan, Inc., Respondent, v. MARY E. SKELLY, Appellant, and Others, Defendants.— Orders granting plaintiff's motion to strike out counterclaims and defenses interposed by answer in an action for the foreclosure of a mortgage on real property affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of WILLIAM A. LEECH, as Administrator, etc., of ESTHER BLOCH, Deceased, Respondent, to Discover Certain Property of the Said Deceased Claimed to Be Withheld. M. GEORGE COHEN, Appellant.— Decree of the Surrogate's Court of Queens county directing the appellant to deliver to the administrator of this estate the sum of $3,350, which was the property of the decedent prior to her decease, unanimously affirmed, with costs to respondent, payable by the appellant personally. Appeal from order denying appellant's motion for a rehearing dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.